UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| KEVIN PATRICK GUNTRUP,<br><br>　　　　　　　　　Plaintiff,<br>　v.<br>WASHOE COUNTY JAIL, *et al.*,<br>　　　　　　　　　Defendants. | Case No. 3:18-cv-00243-RCJ-WGC<br><br>ORDER |

**I.　DISCUSSION**

On October 25, 2018, Plaintiff filed an amended complaint (ECF No. 4). As received by the Court, the writing on the amended complaint is too light for the Court to be able to read. Therefore, the Court orders Plaintiff to file an amended complaint the Court will be able to read. Plaintiff shall file the amended complaint within 30 days of the date of this order.

**II.　CONCLUSION**

For the foregoing reasons, IT IS ORDERED that, within 30 days of the date of this order, Plaintiff shall file an amended complaint that the Court will be able to read.

IT IS FURTHER ORDERED that the Clerk of the Court shall send to Plaintiff the approved form for filing a 42 U.S.C. § 1983 complaint and instructions for the same. Plaintiff shall shall write the words "Second Amended" above the words "Civil Rights Complaint" in the caption.

1

IT IS FURTHER ORDERED that, if Plaintiff does not timely comply with this order, dismissal of this action may result.

DATED: March 13, 2019.

_____
UNITED STATES MAGISTRATE JUDGE

2