UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| KEVIN PATRICK GUNTRUP,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>WASHOE COUNTY JAIL, *et al.*,<br><br>　　　　　　　Defendants. | Case No. 3:18-CV-00243-RCJ-WGC<br><br>**ORDER OF DISMISSAL** |

　　　　Plaintiff filed an application to proceed in forma pauperis (ECF No. 1) and third amended complaint (ECF No. 7). The Court screened the third amended complaint and dismissed the complaint with leave to amend. (ECF No. 10). Plaintiff was ordered to file a new IFP and amended complaint on or before August 15, 2019. The Court further ordered that "If Plaintiff fails to file a fourth amended complaint within the 30 days, the action may be dismissed." Plaintiff has not complied with the Court's order (ECF No. 10).

　　　　In determining whether to dismiss an action for lack of prosecution, failure to obey a court order, or failure to comply with local rules, the court must consider several factors: (1) the public's interest in expeditious resolution of litigation; (2) the court's need to manage its docket; (3) the risk of prejudice to the defendants; (4) the public policy favoring disposition of cases on their merits; and (5) the availability of less drastic alternatives. *See Thompson*, 782 F.2d at 831; *Henderson*, 779 F.2d at 1423-24; *Malone*, 833 F.2d at 130; *Ferdik*, 963 F.2d at 1260-61; *Ghazali*, 46 F.3d at 53.

1   IT IS HEREBY ORDERED that this action is **DISMISSED** for Plaintiff's failure to
2   comply with Court Order (ECF No. 10).
3   IT IS FURTHER ORDERED that the Clerk of the Court shall close the case.
4   IT IS SO ORDERED, this 17th day of April, 2020.

_____
ROBERT C. JONES
United States District Judge